Dismissed and Memorandum Opinion filed January 31, 2008








Dismissed
and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01061-CV

____________

 

B. JOE THOMSON, Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the 127th District
Court

Harris County, Texas

Trial Court Cause No.
02-31779

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal concerns a judgment signed September 24, 2004.  The appeal was dismissed
by this Court on August 10, 2006.  On December 10, 2007, appellant filed a
notice of direct appeal to the Supreme Court of Texas.  In error, the District
Clerk of Harris County  assigned the appeal to this court.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
31, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.